# Order

**Michigan Supreme Court**
**Lansing, Michigan**

May 10, 2006

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

126980(87)(88)

JOSEPH STAMPLIS and THEODORA STAMPLIS,
     Plaintiffs-Appellees,

v

ST. JOHN HEALTH SYSTEM, d/b/a
RIVER DISTRICT HOSPITAL,
     Defendant-Appellant,
and

G. PHILLIP DOUGLASS,
     Defendant-Appellee,
and

HENRY FORD HEALTH SYSTEM, d/b/a
HENRY FORD HOSPITAL, et al
     Defendants.
_____

SC: 126980
COA: 241801
St. Clair CC: 01-001051-NH

On order of the Chief Justice, motions by defendants-appellant for extension of the time for filing their briefs and appendices are considered and they are GRANTED.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

May 10, 2006                             _____
                                            Clerk